IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re the matter of

CARMEN J. GONZALEZ
a/k/a CARMEN J. HICKS GONZALEZ,

Debtor.

BK NO.: 19-32253
CHAPTER 13

JUDGE TIMOTHY A. BARNES

## NOTICE OF MOTION

TO:

Carmen J. Gonzalez
1724 East 54th Street
Unit E
Chicago, IL 60615
**BY U.S. MAIL**

Co-Debtor:
Estate of Juana Carmen V. Gonzalez
c/o 1724 East 54th Street
Unit E
Chicago, IL 60615
**BY U.S. MAIL**

David M. Siegel, Attorney for Debtor        **BY ELECTRONIC TRANSMISSION**
Marilyn O. Marshall, Chapter 13 Trustee     **BY ELECTRONIC TRANSMISSION**

PLEASE TAKE NOTICE that on January 16, 2020, at 9:30 a.m., or as soon thereafter as Counsel may be heard, we shall appear before the Honorable TIMOTHY A. BARNES, Bankruptcy Judge, at **219 South Dearborn Street, Courtroom #744, Chicago, Illinois**, and then and there present the attached Motion to Motion to Modify the Automatic Stay and Co-Debtor Stay, a copy of which is hereby served upon you.

## PROOF OF SERVICE

I, the undersigned attorney, certify that I served a copy of this Notice with Motion to Modify the Automatic Stay and Co-Debtor Stay attached, upon the parties listed above, by the methods specified, from 2056 Ridge Road, Homewood, Illinois 60430 before the hour of 5:00 P.M. on the 26th day of December, 2019.

BY: _____/s/ Terri M. Long_____
TERRI M. LONG

LAW OFFICES OF TERRI M. LONG
2056 Ridge Road
Homewood, Illinois  60430
Phone: (708) 922-3301
Fax:  : (708) 922-3302
Atty. for SPECIALIZED LOAN SERVICING, LLC, AS SERVICING AGENT FOR DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE FOR HARBORVIEW MORTGAGE LOAN TRUST 2005-9 MORTGAGE LOAN PASS-THROUGH CERTIFICATES, SERIES 2005-9, its Successors and/or Assigns

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re the matter of

CARMEN J. GONZALEZ
a/k/a CARMEN J. HICKS-GONZALEZ,

Debtor.

BK NO.: 19-32253
CHAPTER 13

JUDGE TIMOTHY A. BARNES

MOTION TO MODIFY THE AUTOMATIC STAY AND CO-DEBTOR STAY

Now comes SPECIALIZED LOAN SERVICING, LLC, AS SERVICING AGENT FOR DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE FOR HARBORVIEW MORTGAGE LOAN TRUST 2005-9 MORTGAGE LOAN PASS-THROUGH CERTIFICATES, SERIES 2005-9, its successors and/or assigns, (hereinafter referred to as "Movant"), a creditor herein, by TERRI M. LONG, its attorney, and moves this Honorable Court for entry of an Order modifying the restraining provisions of §§362 and 1301 of the Bankruptcy Code, and in support thereof respectfully represents as follows:

1. On November 13, 2019, the Debtor herein filed a petition for relief under Chapter 13 of the Bankruptcy Code.

2. The Debtor has an interest in property upon which Movant has a mortgage, with a common address of 1724 E. 54th St., Chicago, Illinois 60615. As of December 22, 2019, the total debt was $485,516.28.

3. According to the Debtor's plan, the Debtor intends to surrender this property to creditor.

4. The co-mortgagor is deceased.

5. To the extent that there are any heirs of the co-mortgagor Juana Carmen V. Gonzalez, Movant is requesting relief from the §1301 co-debtor stay.

6. SPECIALIZED LOAN SERVICING LLC services the loan on the Property referenced in this motion. In the event the automatic stay in this case is modified, this case dismisses, and/or the Debtor obtains a discharge and a foreclosure action is commenced on the mortgaged property, the foreclosure will be conducted in the name of Movant or Movant's successor or assignee. Movant, directly or through an agent, has possession of the Note. The Note is either made payable to Movant or has been duly endorsed. Movant is the original mortgagee or beneficiary or the assignee of the Mortgage/Deed of Trust.

7. Movant requests that Bankruptcy Rule 4001(a)(3) not apply to any Order granting this motion.

WHEREFORE, SPECIALIZED LOAN SERVICING, LLC, AS SERVICING AGENT FOR DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE FOR HARBORVIEW MORTGAGE LOAN TRUST 2005-9 MORTGAGE LOAN PASS-THROUGH CERTIFICATES, SERIES 2005-9, its successors and/or assigns, prays that this Honorable Court enter an Order modifying the restraining provisions of §§362 and 1301 of the Bankruptcy Code to permit the said Movant to foreclose its security interest in certain real estate, with a common address 1724 E. 54th St., Chicago, Illinois 60615, and for such other and further relief as this Court may deem just.

SPECIALIZED LOAN SERVICING, LLC, AS SERVICING AGENT FOR DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE FOR HARBORVIEW MORTGAGE LOAN TRUST 2005-9 MORTGAGE LOAN PASS-THROUGH CERTIFICATES, SERIES 2005-9, its successors and/or assigns

BY:  /s/ Terri M. Long
     TERRI M. LONG

LAW OFFICES OF TERRI M. LONG
2056 Ridge Road
Homewood, Illinois  60430
Phone: (708) 922-3301
Fax: (708) 922-3302
Atty. for SPECIALIZED LOAN SERVICING, LLC, AS SERVICING AGENT FOR DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE FOR HARBORVIEW MORTGAGE LOAN TRUST 2005-9 MORTGAGE LOAN PASS-THROUGH CERTIFICATES, SERIES 2005-9, its Successors and/or Assigns