# REQUIRED STATEMENT TO ACCOMPANY
# ALL MOTIONS TO MODIFY STAY

All Cases: Debtor(s)__CARMEN J. GONZALEZ_____    Case No.__19-32253___Chapter 13
All Cases: Name of Moving Creditor  SPECIALIZED LOAN SERVICING, LLC, AS SERVICING AGENT FOR DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE FOR HARBORVIEW MORTGAGE LOAN TRUST 2005-9 MORTGAGE LOAN PASS-THROUGH CERTIFICATES, SERIES 2005-9, its Successors and/or Assigns                                                Date Case Filed 12/28/18___
Nature of Relief Sought:  X Lift Stay      Annul Stay     Other (describe)_____

Chapter 13: Date of Confirmation Hearing_____1/9/20_____ or Date Plan Confirmed_____
Chapter 7:    No-Asset Report Filed on _____
              No-Asset Report not Filed, Date of Creditors Meeting_____

1. Collateral
   a. X Home 1724 E. 54TH St., Chicago, Illinois 60615_____
   b.   Car  Year, Make and Model_____
   c.   Other _____

2. Balance Owed as of Petition Date $485,516.28 as of 12/22/19___
   Total of all other Liens against Collateral $5,422.97_____

3. In Chapter 13 cases, if a post-petition default is asserted in the motion, attach a payment history listing the amounts and dates of all payments received from the debtor(s) post-petition.

4. Estimated Value of Collateral  $343,000.00  per Schedule A/B

5. Default        **Debtor intends to surrender this property to creditor.**
      Pre-Petition Default
   a. Number of months _____        Amount $_____
   b.    Post-Petition Default
      i.   On direct payments to the moving creditor
           Number of months _____    Amount $_____
      ii.  On payments to the Standing Chapter 13 Trustee
           Number of months _____    Amount $ _____

6. Other Allegations

   a. X Lack of Adequate Protection § 362 (d)(1)
      i.   No insurance
      ii.  Taxes unpaid       Amount $ _____
      iii. Rapidly depreciating asset _____
      iv.  X Other  The co-mortgagor, Juana Carmen V. Gonzalez, is deceased and to the extent applicable, Movant request relief from the §1301 co-debtor stay.

   b.    No Equity and not Necessary for an Effective Reorganization § 362 (d)(2)

   c.    Other "Cause" § 362 (d)(1)
      i.   Bad Faith (describe) _____  _____
      ii.  Multiple filings _____
      iii. Other (describe)  _____

Date:  12/26/19                                _____/s/ Terri M. Long_____
                                                    Counsel for Movant