UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | | |
|---|---|---|
| In Re: | ) | BK No.: 19-32253 |
| CARMEN J. GONZALEZ | ) | |
| a/k/a CARMEN J. HICKS GONZALEZ, | ) | Chapter: 13 |
| | ) | Honorable Timothy Barnes |
| | ) | |
| | ) | |
| Debtor(s) | ) | |

## ORDER MODIFYING AUTOMATIC STAY AND CO-DEBTOR STAY

This cause coming to be heard on the motion of SPECIALIZED LOAN SERVICING, LLC to modify the restraining provisions of sections 362 and 1301 of the Bankruptcy Code, due notice having been given, and the Court being otherwise advised in the premises;

IT IS HEREBY ORDERED:

1. The automatic stay is hereby modified so as to not restrain SPECIALIZED LOAN SERVICING, LLC from pursuing nonbankruptcy remedies with respect to the property commonly known as 1724 E. 54th St., Chicago, Illinois 60615 (the "Property") and co-debtor, Juana Carmen V. Gonzalez.

2. Notwithstanding anything to the contrary in Fed. R. Bankr. P. 4001(a) (3), this Order will be effective immediately.

3. All claims of SPECIALIZED LOAN SERVICING, LLC with respect to the Property shall be withdrawn upon entry of this order.

Enter:

Timothy A. Barnes
United States Bankruptcy Judge

Dated: January 16, 2020

**Prepared by:**

TERRI M. LONG
2056 Ridge Road
Homewood, Illinois  60430
Phone: (708) 922-3301
Fax   : (708) 922-3302
Atty. for SPECIALIZED LOAN SERVICING, LLC, AS
SERVICING AGENT FOR DEUTSCHE BANK
NATIONAL TRUST COMPANY, AS TRUSTEE FOR
HARBORVIEW MORTGAGE LOAN TRUST 2005-9
MORTGAGE LOAN PASS-THROUGH CERTIFICATES,
SERIES 2005-9, its Successors and/or Assigns