UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | | |
|---|---|---|
| In Re: | ) | BK No.:   19-32253 |
| CARMEN J. GONZALEZ, | ) | |
| | ) | Chapter: 13 |
| | ) | Honorable Timothy Barnes |
| | ) | |
| | ) | |
| Debtor(s) | ) | |

### ORDER GRANTING DEBTOR LEAVE TO SELL REAL PROPERTY

THIS MATTER coming to be heard on the Motion of Debtor, the Court having jurisdiction over the parties and the subject matter and being duly advised in the premises, and due notice having been given:

It is hereby ORDERED THAT:

1) The Debtor is granted leave to sell the real property located at 1724 E. 54th St., Unit E, Chicago, IL  60615.

2) All non-exempt net funds, after all liens on the property are satisfied, shall be paid to the Chapter 13 Trustee to be applied to the Debtor's Chapter 13 plan.

3) Any additional funds in excess of payment to satisfy the Debtor's Chapter 13 plan shall be property of the Debtor.

Enter:

Timothy A. Barnes
United States Bankruptcy Judge

Dated:  February 20, 2020

**Prepared by:**

Christine H. Clar, ARDC #6202332
Attorney for the Debtor
DAVID M. SIEGEL & ASSOCIATES, LLC
790 Chaddick Drive
Wheeling, IL  60090
847/520-8100
davidsiegelbk@gmail.com