UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

In Re:  )  BK No.: 19-32253
CARMEN GONZALEZ  )
)  Chapter: 13
)
)  Honorable Timothy Barnes
)
)
Debtor(s)  )

**ORDER GRANTING MOTION TO MODIFY PLAN**

THIS MATTER coming to be heard on the motion of the Debtor, the Court having jurisdiction over the parties and the subject matter and being duly advised in the premises and due notice having been given to the parties entitled thereto:

Debtor's Motion to Modify is GRANTED. It is hereby ORDERED that:

1. The Debtor's Chapter 13 plan payment is decreased to $315.00 per month.
2. The Debtor's Chapter 13 plan payment default is deferred to the end of the plan.
3. The Debtor's Chapter 13 plan term is allowed to last 84 months pursuant to 11 U.S.C. §1329(d).
4. Debtor's Chapter 13 Plan base will remain the same.

Enter:

Timothy A. Barnes
United States Bankruptcy Judge

Dated: February 25, 2021

**Prepared by:**

Robert C. Bansfield Jr., A.R.D.C. #6329415
David M. Siegel & Assoc., LLC
790 Chaddick Drive
Wheeling, IL 60090
(847) 520-8100
rbansfield@davidmsiegel.com